IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JOSHUA S. YBARRA,<br>*Plaintiff*, | §<br>§<br>§ |
| | § CIVIL ACTION NO. 5:15-cv-463 |
| v. | §<br>§ |
| TESSIE & MEI, L.L.C. DOING<br>BUSINESS AS FORMOSA GARDENS.<br>*Defendant.* | §<br>§<br>§<br>§ |

## DEFENDANT'S FIRST SUPPLEMENTAL DISCLOSURES

COMES NOW DEFENDANT, Tessie & Mei, L.L.C. doing business as Formosa Garden and respectfully submits its First Supplemental Disclosures in accordance with FRCP § 26(a)(1) *et seq.*:

1(A)(i).   The name and, if known, the address and telephone number of each individual likely to have discoverable information–along with subjects of that information–that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment.

A.   Fact Witnesses

    1.   Hsien Nien Meng
       c/o Edward L. Piña
       Attorney at Law
       Edward L. Piña & Associates, P.C.
       *The Ariel House*
       8118 Datapoint Drive
       San Antonio, Texas  78229-3268
       (210)  614-6400 Telephone
       (210)  614-6403 Telecopier

       This witness is a Defendant representative and is expected to testify in conformity with Defendant's pleadings and respond to the Plaintiff's claims. He will testify about damages and respond to the Plaintiff's claims.

Andy Young
c/o Edward L. Piña
Attorney at Law
Edward L. Piña & Associates, P.C.
*The Ariel House*
8118 Datapoint Drive
San Antonio, Texas  78229-3268
(210)  614-6400 Telephone
(210)  614-6403 Telecopier

This witness is a Defendant representative and is expected to testify in conformity with Defendant's pleadings and respond to the Plaintiff's claims. He will testify about damages and respond to the Plaintiff's claims.

Joshua S. Ybarra
c/o Adam Poncio
Poncio Law Offices, P.C.
5410 Fredericksburg Road, Suite 109
San Antonio, Texas 78229
(210) 212-7979 Telephone
(210) 212-5880 Facsimile

This witness is the Plaintiff and was employed by Defendant.

Tessie & Mei, LLC d/b/a Formosa Garden
c/o Edward L. Piña
Edward L. Piña & Associates, P.C.
8118 Datapoint Drive
San Antonio, Texas 78229
(210) 614-6400

Defendant herein.

Sam Zchu
Juan Guevara
Gustavo Fuentes
Ricky Rivera
Kevin Yuen
Pis Tsu Chue
Sarh Phoeun
Raul Serrano
Juan Palacios
Carlos Espinosa

        Alicia
        Maria
        Kim McGinnis
        Kevin Teasdale
        Mario Garcia a/k/a "Carlos"
        c/o Edward L. Piña
        Edward L. Piña & Associates, P.C.
        8118 Datapoint Drive
        San Antonio, Texas 78229
        (210) 614-6400

        These witnesses are Defendant's employees and are expected to testify in conformity with Defendant's pleadings and respond to the Plaintiff's claims. They will testify about their schedules, their observations of Plaintiff, and respond to the Plaintiff's claims.

        Lupe Ybarra
        8203 Grissom Circle
        San Antonio, Texas 78251
        (210) 290-3877

        Plaintiff's grandmother.

        Jose A. Ybarra
        8203 Grissom Circle
        San Antonio, Texas 78251

        Plaintiff's father.

        Miranda Naranjo
        10115 Garnet Point
        San Antonio, Texas 78251
        (210) 717-6227

        Plaintiff's spouse.

**B.**    Expert Witnesses:

    1.    Edward L. Piña
        Edward L. Piña & Associates P.C.
        *The Ariel House*
        8118 Datapoint Drive
        San Antonio, Texas 78229
        (210) 614-6400   Telephone
        (210) 614-6403   Facsimile

       Counsel for Plaintiff

This witness may testify as to reasonable attorneys fees (*see* attached curriculum vitae).

Matthew Gossen
Attorney at Law
8000 IH-10 W., Ste # 600
San Antonio, TX 78230
(210) 366-0420 Telephone
(210) 366-8072 Facsimile

This witness may testify as to reasonable attorneys fees.

Teresa K. "Terry" Valentic
Law Office of Teresa K. Valentic, PLLC
P.O. Box 593252
San Antonio, Texas 78259
(210) 367-9141 Telephone

This witness may testify as to reasonable attorneys fees.

Defendant does not contemplate retaining other expert witnesses on this case at this time. However, if such experts are retained their names, addresses, telephone numbers, resumes and written reports will be supplemented.

C.    Any expert listed in Plaintiff's disclosure. Defendant reserves the right to call any of Plaintiff's expert witnesses in their case in chief.

1(A)(ii)    A copy–or a description by category and location–of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody and control and may use to support its claims or defenses, unless the use would be solely for impeachment.

    **Response:**    The documents in the Defendant's possession and custody are the Defendant's payroll records and employee documents concerning Plaintiff. Additionally, Defendant's contract with his attorney and billing statements may be used to support Defendant's claims for attorney fees.

1(A)(iii)   A computation of each category of damages claimed by the disclosing/party – who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure on which each computation is based, including materials bearing on the nature and extent of the injuries suffered.

**Attorneys Fees:** In a civil case of this nature, attorney fees are also recoverable. Therefore, the attorney fees incurred are asserted in Defendant's counter claim.

Plaintiff has incurred over $5,500.00 in attorney fees and these are continuing to accrue. These are billed at the rate of $250.00 to $350.00 per hour depending on the qualifications and experience of counsel and the nature of the work performed.

Plaintiff will supplement this response and provide Plaintiff's Attorney Consultation and Fee Contract and billing statements upon request.

iv.   For inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part or a possible judgment in the action or to indemnify or reimburse for payments made to satisfy a judgment.

**Response:**   Not applicable.

Respectfully submitted,

*/s/ Edward L. Piña*

EDWARD L. PIÑA
Attorney at Law
State Bar No. 16011352
**Edward L. Piña & Associates, P.C.**
*The Ariel House*
8118 Datapoint Drive
San Antonio, Texas  78229-3268
(210) 614-6400 Telephone
(210) 614-6403 Telecopier
ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing instrument has been forwarded to the following counsel of record in accordance with the District's ECF service rules on the

__14th__ day of August, 2015 as follows:

Adam Poncio
Poncio Law Offices, P.C.
5410 Fredericksburg Road, Suite 109
San Antonio, Texas 78229
(210) 212-7979 Telephone
(210) 212-5880 Facsimile
ATTORNEYS FOR PLAINTIFF

_____
EDWARD L. PIÑA